IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARIANA BORREGGINE,** : | No. 1:13-cv-01423 |
|     Plaintiff : | |
| : | **(Judge Kane)** |
| v. : | |
| : | |
| **MESSIAH COLLEGE, et al.,** : | |
|     Defendants : | |

# ORDER

**AND NOW**, on this 15th day of November 2013, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss (Doc. No. 13) is **GRANTED** as follows:

1. Count One is dismissed as to Defendants Heather Greer, Jack Cole and Dr. Kris Hansen-Kieffer with prejudice;

2. Count Two is dismissed without prejudice;

3. Plaintiff's claim for punitive damages is dismissed.

                                                                   S/ Yvette Kane
                                                                   Yvette Kane, District Judge
                                                                   United States District Court
                                                                  Middle District of Pennsylvania