IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARIANA BORREGGINE,** | : | No. 1:13-cv-01423 |
| **Plaintiff** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **MESSIAH COLLEGE, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 19th day of August 2015, **IT IS HEREBY ORDERED THAT** Defendants' motion for Summary Judgment (Doc. No. 38) is **GRANTED** and summary judgment is awarded to Defendants on Counts One and Two of Plaintiff's amended complaint. The Clerk of Court is directed to enter judgment in favor of Defendants and to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania